IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 08-cv-02177-WDM-BNB

UNITED STATES OF AMERICA FOR THE USE OF PORTADAM INC.,

     Plaintiff,

v.

MEZA CONSTRUCTION COMPANY, INC. and
WESTCHESTER FIRE INSURANCE COMPANY,

     Defendants.

---

## NOTICE OF DISMISSAL

---

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ.

P. 41(a)(2).  Accordingly, this case is dismissed with prejudice, each party to pay his or

its own costs and attorneys' fees.

DATED at Denver, Colorado, on December 9, 2008.

BY THE COURT:


s/ Walker D. Miller
United States District Judge